**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000402
04-JUN-2014
09:56 AM**

NO. CAAP-14-0000402

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
JIN SEOK JEONG, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 12-1-1112)

ORDER GRANTING THE MAY 21, 2014 MOTION TO WITHDRAW APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the Motion to Withdraw Appeal
(**Motion**) filed on May 21, 2014 by Plaintiff-Appellant State of
Hawai'i (**Appellant**), the papers in support, the records and files
herein, and noting no opposition,

IT IS HEREBY ORDERED that the Motion is granted as
follows. The appeal is dismissed, and the parties shall bear
their own appellate costs and fees.

DATED: Honolulu, Hawai'i, June 4, 2014.

Presiding Judge

Associate Judge

Associate Judge